DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WYMAN LEE GRESHAM,**
Appellant,

v.

**BROWARD COUNTY SCHOOL BOARD,**
Appellee.

No. 4D2023-2289

[June 20, 2024]

Appeal from the School Board of Broward County; L.T. Case No. 22-0929TTS; 07-25-23-I.

Mark J. Berkowitz of Mark J. Berkowitz, P.A., Fort Lauderdale, for appellant.

Anastasia Protopapadakis of GrayRobinson, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

*          *          *

***Not final until disposition of timely filed motion for rehearing.***